1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Phyl Grace, Esq., SBN 171771
   Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com

6  Attorneys for Plaintiff, BRIAN WHITAKER

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9  BRIAN WHITAKER,                    ) Case No.: 2:19-CV-09610-AB-AFM
                                      )
10         Plaintiff,                 )
                                      ) **NOTICE OF SETTLEMENT AND**
11    v.                              ) **REQUEST TO VACATE ALL**
                                      ) **CURRENTLY SET DATES**
12 6TH AND OLIVE, INC., a California  )
   Corporation; COLONNADE WILSHIRE,   )
13 LLC, a California Limited Liability)
   Company; SAM A. LAVI D.M.D. INC., a)
14 Delaware Corporation; and Does 1-10,)
                                      )
15         Defendants,                )
                                      )
16                                    )

17     The plaintiff hereby notifies the court that a global settlement has been reached in
18 the above-captioned case and the parties would like to avoid any additional expense,
19 and to further the interests of judicial economy.
20     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all
22 parties will be filed within 60 days.

23                              CENTER FOR DISABILITY ACCESS
24
25 Dated: December 04, 2019      /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
26                               Attorney for Plaintiff
27
28