UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 19-09610-AB (AFMx)

Brian Whitaker,

             Plaintiff,

v.

6th and Olive, Inc., et al.,

             Defendants.

**ORDER DISMISSING CIVIL ACTION**

       THE COURT having been advised by counsel that the above-entitled action has been settled;

       **IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 9, 2019      _____
                            ANDRÉ BIROTTE JR.
                            UNITED STATES DISTRICT JUDGE