CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>  Plaintiff,<br><br>v.<br><br>6TH AND OLIVE, INC., a California Corporation; COLONNADE WILSHIRE, LLC, a California Limited Liability Company; SAM A. LAVI D.M.D. INC., a Delaware Corporation; and Does 1-10,<br><br>  Defendants. | **Case:** 2:19-CV-09610-AB-AFM<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants 6th and Olive, Inc.; Colonnade Wilshire, LLC and Sam A. Lavi D.M.D. Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: January 17, 2020           CENTER FOR DISABILITY ACCESS

                                  By: /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff